IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE, ET AL : CIVIL ACTION
:
v. :
:
DEBRA ROMBERGER :
*IN HER OFFICIAL CAPACITY AS* :
*DIRECTOR OF THE PENNSYLVANIA* :
*DIVISION OF VITAL RECORDS*, ET AL : NO.  16-2337

**ORDER**

**AND NOW, TO WIT**:  This 9th day of August, **2016**, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**LUCY V. CHIN**, Interim Clerk of Court

**BY**:_____ /s/ Cathy Luongo_____
Cathy Luongo
Deputy Clerk